AO 450 (Rev. 11/11)  Judgment in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 29, 2026**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| MICHAEL S., | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   4:25-cv-5137-EFS |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social. The parties' briefs (ECF Nos. 9 and 12) are terminated. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge    EDWARD F. SHEA

Date:    4/29/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*